JUDGE FRANK MONTALVO

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED

2022 AUG 19  PM 4:53

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ LA _____
                    DEPUTY

| | |
|---|---|
| **MABEL ARREDONDO,** | § |
| | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § |
| | § |
| **AMERICOR FUNDING, LLC** | § |
| d/b/a **AMERICOR** a Delaware Corporation | § |
| | § |
| | § |
| **Defendant.** | § |
| | § |

**EP22CV0291**

## PLAINTIFF'S ORIGINAL COMPLAINT

### PARTIES

1.  The Plaintiff is MABEL ARREDONDO ("Plaintiff") a natural person, resident of the

    Western District of Texas, and was present in Texas for all calls, in this case in El Paso

    County, Texas.

2.  Defendant AMERICOR FUNDING, LLC d/b/a AMERICOR ("AMERICOR" "Defendant")

    is a corporation organized and existing under the laws of Delaware and is a foreign

    corporation registered in Texas and can be served via registered agent Business Filings

    Incorporated at 701 Brazos Street, Suite 720, Austin, TX 78701.

### JURISDICTION AND VENUE

3.  **Jurisdiction.**  This Court has federal-question subject matter jurisdiction over Plaintiff's

    TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. *Mims v.*

    *Arrow Fin. Servs., LLC*, 565 U.S. 368, 372 (2012). This Court has supplemental subject

    matter jurisdiction over Plaintiff's claim arising under Texas Business and Commerce Code

1

302.101 because that claim arises from the same nucleus of operative fact, i.e., Defendants'

telemarketing robocalls to Plaintiff; adds little complexity to the case.

4. **Personal Jurisdiction.**  This Court has general personal jurisdiction over the defendant

   because they have repeatedly placed calls to Texas residents, and derive revenue from Texas

   residents, and they sell goods and services to Texas residents, including the Plaintiff.

5. **Venue.**  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a

   substantial part of the events giving rise to the claims—the calls and sale of goods and

   services directed at Texas residents, including the Plaintiff—occurred in this District and

   because the Plaintiff resides in this District.  Residing in the Western District of Texas when

   she received a substantial if not every single call from the Defendant Americor soliciting

   "debt elimination" services that are the subject matter of this lawsuit.

6. This Court has venue over the defendants because the calls at issue were sent by or on behalf

   of the above-named defendants to the Plaintiff, a Texas resident.

### THE TELEPHONE CONSUMER PROTECTION ACT

### OF 1991, 47 U.S.C. § 227

7. In 1991, Congress enacted the TCPA to restrict the use of sophisticated telemarketing

   equipment that could target millions of consumers *en masse*.  Congress found that these calls

   were not only a nuisance and an invasion of privacy to consumers specifically but were also a

   threat to interstate commerce generally.  *See* S. Rep. No. 102-178, at 2-3 (1991), as reprinted

   in 1991 U.S.C.C.A.N. 1968, 1969-71.

8. The TCPA makes it unlawful "to make any call (other than a call made for emergency

   purposes or made with the prior express consent of the called party) using an automatic

   telephone dialing system or an artificial or prerecorded voice … to any telephone number

assigned to a ... cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

9.  The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States, or is exempted by rule or order" of the Federal Communication Commission ("FCC"). 47 U.S.C. § 227(b)(1)(B).

10. The TCPA provides a private cause of action to persons who receive calls in violation of § 227(b). 47 U.S.C. § 227(b)(3).

11. Separately, the TCPA bans making telemarketing calls without a do-not-call policy available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).[1]

12. The TCPA provides a private cause of action to persons who receive calls in violation of § 227(c) or a regulation promulgated thereunder. 47 U.S.C. § 227(c)(5).

13. According to findings of the FCC, the agency vested by Congress with authority to issue regulations implementing the TCPA, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls and can be costly and inconvenient.

14. The FCC also recognizes that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used." *In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 18 FCC Rcd. 14014, 14115 ¶ 165 (2003).

15. The FCC requires "prior express written consent" for all autodialed or prerecorded

---

[1] *See* Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017) (codifying a June 26, 2003 FCC order).

telemarketing robocalls to wireless numbers and residential lines. In particular:[A] consumer's written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer: (1) received clear and conspicuous disclosure of the consequences of providing the requested consent, *i.e.*, that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller; and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates. In addition, the written agreement must be obtained without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service.

16. *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal quotation marks omitted). FCC regulations "generally establish that the party on whose behalf a solicitation is made bears ultimate responsibility for any violations." *In the Matter of Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

17. The FCC confirmed this principle in 2013 when it explained that "a seller … may be held vicariously liable under federal common law principles of agency for violations of either section 227(b) or section 227(c) that are committed by third-party telemarketers." *In the Matter of the Joint Petition Filed by Dish Network, LLC*, 28 FCC Rcd. 6574, 6574 ¶ 1 (2013).

18. Under the TCPA, a text message is a call. *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 951 – 52 (9th Cir. 2009).

19. A corporate officer involved in the telemarketing at issue may be personally liable under the TCPA. *E.g., Jackson Five Star Catering, Inc. v. Beason*, Case No. 10-10010, 2013 U.S. Dist.

LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any courts have held that corporate actors can be individually liable for violating the TCPA where they had direct, personal participation in or personally authorized the conduct found to have violated the statute." (internal quotation marks omitted)); *Maryland v. Universal Elections*, 787 F. Supp. 2d 408, 415 – 16 (D. Md. 2011) ("If an individual acting on behalf of a corporation could avoid individual liability, the TCPA would lose much of its force.").

### The Texas Business and Commerce Code § 302.101

20. The Texas Business and Commerce Code requires sellers to obtain a registration certificate from the Secretary of State in order to make telephone solicitations inside the state of Texas or to residents located in the state of Texas.

21. The Plaintiff may seek damages for violations of Texas Business and Commerce Code § 302.101 of up to $5,000 per violation, reasonable costs of prosecuting the action, court costs, investigation costs, depositions expenses, witness fees, and attorney's fees.

22. Texas Business and Commerce Code § 302.101 provides a private right of action. A violation of Chapter 302 "is a false, misleading, or deceptive act or practice under Subchapter E, Chapter 17" and is enforceable as such: "A public or private right or remedy prescribed by Subchapter E, Chapter 17, may be used to enforce [Chapter 302." Tex. Bus. & Com. Code § 302.303.

### FACTUAL ALLEGATIONS

23. Plaintiff's personal cellular telephone number (915) 999-8219 has been successfully registered on the National Do-Not-Call Registry since March 31, 2022.

24. Plaintiff's personal cellular telephone number (915) 243-1821 has been successfully registered on the National Do-Not-Call Registry since May 18, 2022.

25. Plaintiff received at least twenty-one illegal unauthorized phone calls ("the calls") to her personal cell phones (915) 999-8219 and (915) 243-1821 from or on behalf of Defendant Americor soliciting "debt elimination" services within a thirty-day period without Plaintiff's prior express written consent.

26. With information and belief Plaintiff has received more calls from or on behalf of Defendant Americor within the past two years and the total number of calls will be revealed during discovery.

27. Each and every phone call Plaintiff received from or on behalf of Defendant Americor was made using an automatic telephone dialing system ("ATDS") that has the capacity to store and produce telephone numbers using a random or sequential number generator.

28. On August 8, 2022, Plaintiff received a phone call from phone number 682-332-5559 to phone XXX-XXX-8219. Plaintiff answered the phone and was greeted by "Mark" with "American Debt Relief" inquiring about Plaintiff's unsecured credit card debt.

29. Plaintiff feigned interest to determine what company the telemarketer was calling on behalf of. Plaintiff answered the telemarketer's questions regarding credit card debts, employment and bankruptcy cases to quality Plaintiff for "debt elimination" services. The telemarketer attempted to transfer Plaintiff to an agent for Defendant to no avail and advised that Plaintiff would be receiving a call back.

30. On August 9, 2022, Plaintiff received a phone from phone number 915-242-0194 to phone number XXX-XXX-1821. Plaintiff answered and again greeted by "Mark" with "American Debt Relief". The telemarketer asked Plaintiff about her unsecured credit card debt, pending bankruptcies, and whether Plaintiff was already enrolled in a debt relief program. Telemarketer then proceeded to transfer Plaintiff to John Mun with Americor.

31. The representative requested Plaintiff's social security number to access Plaintiff's credit report then proceeded by verifying Plaintiff's debts and credit card balances. He sent a series of emails to Plaintiff from james.mun@americor.com. *See Exhibit A.*

32. Plaintiff advised that she needed to confer with her husband before committing to the program that James Mun was proposing. *See Exhibit B.*

33. On August 12, 2022, Plaintiff received another call from "Mark" from "American Debt Relief". The telemarketer once again, asked the same questions from Plaintiff. Plaintiff advised telemarketer that she had already spoken with someone and to not call her again.

34. On August 17, 2022, Plaintiff received another call from "Mark" from "American Debt Relief". The telemarketer once again, asked the same questions from Plaintiff. The telemarketer transferred to Mason at Americor. Mason verified the information that James Dun did with Plaintiff and sent her emails from mason.modde@americor.com. *See Exhibit C.*

35. Table below displays calls made to Plaintiff by defendants:

| Number: | Date | Time | Caller ID | Notes |
|---|---|---|---|---|
| 1 | 08/08/2022 | 1:37 PM | 682-332-5559 | Telemarketer live call |
| 2 | 8/9/2022 | 10:20 AM | 915-242-0194 | Telemarketer live call transferred to Americor |
| 3 | 8/11/2022 | 1:29 PM | 915-242-0431 | Missed call |
| 4 | 8/11/2022 | 1:32 PM | 915-242-0474 | Missed call |
| 5 | 8/11/2022 | 1:42 PM | 915-242-0262 | Missed call |
| 6 | 8/11/2022 | 1:49 PM | 915-242-0113 | Missed call |
| 7 | 8/11/2022 | 2:11 PM | 915-242-0403 | Missed call |
| 8 | 8/11/2022 | 2:40 PM | 915-242-0520 | Mark with American Debt Relief |

| 9 | 8/11/2022 | 2:55 PM | 915-242-0394 | Missed call |
|---|---|---|---|---|
| 10 | 8/12/2022 | 9:53 AM | 915-242-0201 | Mark with American Debt relief |
| 11 | 8/12/2022 | 5:00 PM | 915-242-0312 | Mark with American Debt Relief |
| 12 | 8/15/2022 | 2:56 PM | 915-242-0900 | Missed call |
| 13 | 8/16/2022 | 11:20 AM | 915-242-0689 | Missed call |
| 14 | 8/16/2022 | 11:20 AM | 915-242-0793 | 13 second call dropped |
| 15 | 8/16/2022 | 11:46 AM | 915-242-0253 | Missed call |
| 16 | 8/16/2022 | 12:22 PM | 915-242-1895 | Missed call |
| 17 | 8/17/2022 | 10:00 AM | 915-242-0765 | Mark with American Debt Relief |
| 18 | 8/17/2022 | 10:06 AM | 949-214-4092 | Missed call |
| 19 | 8/17/2022 | 10:17 AM | 949-214-4092 | Call from Mason Modde |
| 20 | 8/18/2022 | 2:14 PM | 949-214-4092 | Missed call |
| 21 | 8/18/2022 | 2:52 PM | 949-214-4092 | Missed call |

36. Defendants collectively knowingly and willfully mislead Plaintiff with respect to the forgiveness of her student loans.

37. Defendants initiated numerous unsolicited telephone calls, made unlawful telemarketing sales pitches regarding student loan forgiveness, misrepresented themselves as federal employees and/or agents, unlawfully collected payments upfront, unlawfully collected Plaintiff personal information, such as social security number, email address, and home address.

38. Defendants participated in, facilitated, directed, authorized, knew of, or willfully ignored the unlawful robocalling, while knowing facts that required a reasonable person to investigate further, and approved, and ratified the conduct of their employees, agents, and co-

8

conspirators to engage in the false and misleading sales practices and unlawful robocalling.

39. Each and every call was placed without the maintenance of an internal do-not-call policy.
Each and every call failed to identify the telemarketers and parties they were calling on
behalf of. Each and every call was placed without training their agents/employees on the use
of an internal do-not-call policy.

40. Plaintiff has limited data storage capacity on her cellular telephone. Incoming telemarketing
calls consumed part of this capacity.

41. No emergency necessitated the calls.

42. None of the defendants ever sent Plaintiff any do-not-call policy.  Plaintiff sent an internal
do-not-call policy request to info@americor.com  on August 18, 2022.

43. On information and belief, the Defendants did not have a written do-not-call policy while it
was sending Plaintiff the unsolicited calls.

44. On information and belief, the Defendants did not train its agents who engaged in
telemarketing on the existence and use of any do-not-call list.

45. Plaintiff searched the Texas Secretary of State website and verified that Defendant Americor
do not and have not ever had a solicitation registration certificate on file with the Texas
Secretary of State as required to make telephone solicitations to Texas residents.  Plaintiff is
a Texas resident.

46. The https://direct.sos.state.tx.us/telephone/telephonesearch.asp site ("Texas Registration
Database") does not contain Defendant Americor's registration.

47. Defendant Americor doesn't qualify for an exemption under § 302.053.

48. These telephone solicitations constituted "calls" under the TCPA that were not for
emergency purposes.

## THE SELLERS SHOULD BE HELD LIABLE TO UPHOLD THE

## DETERRENT EFFECT AND PURPOSE OF THE TCPA

49. As the court ruled in Jackson v Caribbean Cruise Line, Inc., the defendant sellers should be held liable for their violations of the TCPA. Courts have looked at the purpose of the TCPA and found that not holding the sellers liable through vicarious liability would undermine the purpose of the TCPA.

## VICARIOUS LIABILITY OF DEFENDANT AMERICOR

50.     Defendant Americor is vicariously liable for the telemarketing calls that generated the lead for them.

51. The FCC is tasked with promulgating rules and orders related to enforcement of the TCPA. 47 U.S.C. § 227(b)(2).

52. The FCC has explained that its "rules generally establish that the party on whose behalf a solicitation is made bears ultimate responsibility for any violations." *In re Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

53. The FCC reiterated that a company on whose behalf a telephone call is made bears the responsibility for any violations. *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 FCC Rcd. 559, 565 ¶ 10 (2008) (recognizing "on behalf of" liability in the context of an autodialed or prerecorded message call sent to a consumer by a third party on another entity's behalf under 47 U.S.C. § 227(b)).

54. The FCC confirmed this principle in a declaratory ruling holding that sellers such as Post may not avoid liability by outsourcing telemarketing:

> [A]llowing the seller to avoid potential liability by outsourcing its telemarketing activities to unsupervised third parties would leave

consumers in many cases without an effective remedy for telemarketing
intrusions. This would particularly be so if the telemarketers were
judgment proof, unidentifiable, or located outside the United States, as is
often the case. Even where third-party telemarketers are identifiable,
solvent, and amenable to judgment limiting liability to the telemarketer
that physically places the call would make enforcement in many cases
substantially more expensive and less efficient, since consumers (or law
enforcement agencies) would be required to sue each marketer separately
in order to obtain effective relief. As the FTC noted, because sellers may
have thousands of independent marketers, suing one or a few of them is
unlikely to make a substantive difference for consumer privacy.

*In re DISH Network, LLC*, 28 FCC Rcd. 6574, 6588 ¶ 37 (2013) (footnote omitted) (alteration

marks and internal quotation marks omitted).

55. More specifically, *Dish* held that, even in the absence of evidence of a formal contractual

relationship between the seller and the telemarketer, a seller is liable for telemarketing calls if

the telemarketer "has apparent (if not actual) authority" to make the calls. *Id.* at 6586 ¶ 3

56. The ruling rejected a narrow view of TCPA liability, including the assertion that a seller's

liability requires a finding of formal agency and immediate direction and control over the

third-party who placed the telemarketing call. *Id.* at 6587 ¶ 36 & n.107.

57. To the contrary, the FCC—armed with extensive data about robocallers and Americans'

complaints about them—determined that vicarious liability is essential to serve the TCPA's

remedial purpose of protecting Americans from "unwanted telemarketing invasions." *Id.* at

6587 ¶ 36.

58. Vicarious liability is important because reputable, traceable, and solvent companies that

benefit from illegal telemarketing are "in the best position to monitor and police TCPA

compliance by third-party telemarketers." *Id.* at 6588 ¶ 37.

59. Defendant Americor is legally responsible for ensuring that the affiliates that make

11

telemarketing calls on its behalf comply with the TCPA when so doing.

60. Defendant Americor knowingly and actively accepted business that originated through illegal telemarketing.

61. Defendant Americor knew (or reasonably should have known) that its telemarketer was violating the TCPA on its behalf but failed to take effective steps within Americor's power to force the telemarketer to cease that conduct.

62. By hiring a company to make calls on its behalf, Defendant Americor "manifest[ed] assent to another person . . . that the agent shall act on the principal's behalf and subject to the principal's control" as described in the Restatement (Third) of Agency ("Restatement").

63. Moreover, Defendant Americor maintained interim control over the actions of its telemarketers.

64. For example, Defendant Americor had absolute control over whether, and under what circumstances, it would accept a customer from its telemarketers.

65. Furthermore, Defendant Americor had day-to-day control over the actions of its telemarketers, including the ability to prohibit them from using an ATDS to contact potential customers of Defendant Americor and the ability to require them to respect the National Do Not Call Registry.

66. Defendant Americor also gave interim instructions to its telemarketers by providing lead-qualifying instructions and lead volume limits.

67. Apparent authority turns on whether a third party believes the principal authorized its agent to act and the belief is "traceable" to a manifestation of the principal. Restatement § 2.03 cmt. c.

68. "[A]pparent authority can arise in multiple ways, and does *not* require that 'a principal's

manifestation must be directed to a specific third party in a communication made directly to that person.'" *Dish*, 28 FCC Rcd. at 6586 ¶ 34 n.102 (quoting Restatement § 2.03 cmt. c).

69. A principal may make a manifestation "by directing an agent to make statements to third parties or directing or designating an agent to perform acts or conduct negotiations, placing an agent in a position within an organization, or placing an agent in charge of a transaction or situation." Restatement § 2.03 cmt. c.

70. Finally, the FCC has held that called parties may obtain "evidence of these kinds of relationships . . . through discovery, if they are not independently privy to such information." *Id.* at 6592-93 ¶ 46. Evidence of circumstances pointing to apparent authority on behalf of the telemarketer "should be sufficient to place upon the seller the burden of demonstrating that a reasonable consumer would not sensibly assume that the telemarketer was acting as the seller's authorized agent." *Id.* at 6593 ¶ 46.

71.     Defendant Americor is the liable party as the direct beneficiary of the illegal telemarketing calls as it stood to gain Plaintiff as a customer when telemarketers solicited Plaintiff for "debt elimination" services on behalf of Defendant Americor.

## INJURY, HARM, DAMAGES, and ACTUAL DAMAGES
## AS A RESULT OF THE CALLS

72. Defendants' calls harmed the Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

73. Defendants' calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

74. Defendants' calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights

and interests in Plaintiff's cellular telephone line.

75. Defendants' calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

76. The Plaintiff has been harmed, injured, and damaged by the calls including, but not limited to: reduced device storage, reduced data plan usage, anger, frustration, invasion of privacy, and more frequent charging of my cell phone.

### Plaintiff's cell phones are residential numbers

77. The calls were to Plaintiff's cellular phones (915) 999-8219 and (915) 243-1821 which are Plaintiff's personal cell phone that she uses for personal, family, and household use. Plaintiff maintains no landline phones at her residence and has not done so for at least 5 years and primarily relies on cellular phones to communicate with friends and family. Plaintiff also uses her cell phones for navigation purposes, sending and receiving emails, timing food when cooking, and sending and receiving text messages. Plaintiff further has her cell phones registered in her personal name, pays the cell phones from her personal accounts, and the phones are not primarily used for any business purpose.

### Violations of the Texas Business and Commerce Code 305.053

78. The actions of the Defendant Americor violated the Texas Business and Commerce Code 305.053 by placing automated calls to a cell phone which violates 47 USC 227(b). The calls by the Defendant Americor violated Texas law by placing illegal telemarketing calls with a to a cell phone which violates 47 USC 227(c)(5) and 47 USC 227(d) and 47 USC 227(d)(3) and 47 USC 227(e).

79. The calls by the Defendant Americor violated Texas law by spoofing the caller IDs per 47 USC 227(e) which in turn violates the Texas statute.

### Violations of the Texas Business and Commerce Code § 302.101

80. The actions of the Defendant Americor violated the Texas Business and Commerce Code
302.101 by placing solicitation phone calls to a Texas resident without having a registration
certificate and bond on file with the Texas Secretary of State.

81. Under Texas Business and Commerce Code § 302.302 Plaintiff is entitled to seek damages of
up to $5000 per violation of §302.101.

## I.    FIRST CLAIM FOR RELIEF

### Non-Emergency Robocalls to Cellular Telephones, 47 U.S.C. § 227(b)(1)(A)

### (Against All Defendants)

82. Plaintiff realleges and incorporates by reference each and every allegation set forth in the
preceding paragraphs.

83. The foregoing acts and omissions of Defendant Americor and/or their affiliates or agents
constitute multiple violations of the TCPA, 47 U.S.C. § 227(b)(1)(A), by making non-
emergency telemarketing calls to Plaintiff's cellular telephone numbers without her prior
express written consent.

84. Plaintiff is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C.
§ 227(b)(3)(B).

85. Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful
violation. 47 U.S.C. § 227(b)(3).

86. Plaintiff also seeks a permanent injunction prohibiting Defendant Americor and their
affiliates and agents from making non-emergency illegal telemarketing calls to cellular
telephone numbers without the prior express written consent of the called party.

## I. SECOND CLAIM FOR RELIEF

### (Telemarketing Without Mandated Safeguards, 47 C.F.R. § 64.1200(d))

### (Against All Defendants)

87. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

88. The foregoing acts and omissions of Defendant Americor and/or their affiliates or agents constitute multiple violations of FCC regulations by making telemarketing solicitations despite lacking:

      a.     a written policy, available upon demand, for maintaining a do-not-call list, in violation of 47 C.F.R. § 64.1200(d)(1);[2]

      b.     training for the individuals involved in the telemarketing on the existence of and use of a do-not-call list, in violation of 47 C.F.R. § 64.1200(d)(2);[3] and,

      c.     in the solicitations, the name of the individual caller and the name of the person or entity on whose behalf the call is being made, in violation of 47 C.F.R. § 64.1200(d)(4).[4]

89. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

90. Plaintiff is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C. § 227(c)(5)(B).

91. Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(c)(5).

---

[2] *See id.* at 425 (codifying a June 26, 2003 FCC order).
[3] *See id.* at 425 (codifying a June 26, 2003 FCC order).
[4] *See id.* at 425 − 26 (codifying a June 26, 2003 FCC order).

92. Plaintiff also seeks a permanent injunction prohibiting Defendant Americor and their affiliates and agents from making telemarketing solicitations until and unless they (1) implement a do-not-call list and training thereon and (2) include the name of the individual caller and Americor's name in the solicitations.

## II.  THIRD CLAIM FOR RELIEF:

### Violations of the TCPA "Sales/DNC" Prohibitions 47 C.F.R. § 64.1200(c)

### (Against All Defendants)

93. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

94. Defendant Americor called Plaintiff's private residential telephone number which was successfully registered on the National Do-Not-Call Registry more than thirty-one (31) days prior to the calls, in violation of 47 U.S.C. § 227(c)(3)(F) and 47 C.F.R. § 64.1200(c)(2).

95. Plaintiff was statutorily damaged at least twenty-one (21) times under 47 U.S.C. § 227(c)(3)(F) by the Defendant Americor by the telephone calls described above, in the amount of $500 per call.

96. Plaintiff is entitled to an award up to $1500 in damages for each knowing and willful violation of 47 U.S.C. § 227(c)(3)(F).

## III.  FOURTH CLAIM FOR RELIEF:

### Violations of The Texas Business and Commerce Code 305.053

97. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

98. The foregoing acts and omissions of Defendant Americor and/or their affiliates or agents constitute multiple violations of the **Texas Business and Commerce Code 305.053**, by making non-emergency telemarketing robocalls to Plaintiff's cellular telephone numbers without her prior express written consent in violation of 47 USC 227 et seq. Defendant Americor violated 47 USC 227(d) and 47 USC 227(d)(3) and 47 USC 227(e) by using an ATDS that does not comply with the technical and procedural standards under this subsection.

99. Plaintiff is entitled to an award of at least $500 in damages for each such violation. **Texas Business and Commerce Code 305.053(b)**

100.    Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. **Texas Business and Commerce Code 305.053**(c).


## IV.  FIFTH CLAIM FOR RELIEF:

### Violations of The Texas Business and Commerce Code 302.101

101.    Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

102.    The foregoing acts and omissions of Defendant Americor and/or their affiliates or agents constitute multiple violations of the **Texas Business and Commerce Code 302.101**, by making non-registered solicitation calls to Plaintiff's cellular telephone number without her prior express written consent.

103.    Plaintiff is entitled to an award of up to $5,000 in damages for each violation of Texas Business and Commerce Code 302.302.

104.    Plaintiff is entitled to an award for all reasonable costs of prosecuting the action, including court costs and investigation costs, deposition expenses, witness fees and attorney's fees.

## V.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff MABEL ARREDONDO prays for judgment against the defendants jointly and severally as follows:

A.    Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial;

B.    A declaration that actions complained of herein by Defendant violate the TCPA and Texas state law;

C.    An injunction enjoining Defendant and their affiliates and agents from engaging in the unlawful conduct set forth herein;

D.    An award of $3000 per call in statutory damages arising from the TCPA intentional violations jointly and severally against the corporation for 21 calls.

E.    An award of $1,500 in statutory damages arising from violations of the Texas Business and Commerce code 305.053

F.    An award of $5,000 in statutory damages arising from violations of the Texas Business and Commerce code 302.101.

G.    An award to Plaintiff of damages, as allowed by law under the TCPA;

H.    An award to Plaintiff of interest, costs and attorneys' fees, as allowed by law and equity

I.    Such further relief as the Court deems necessary, just, and proper.

August 19, 2022,                          Respectfully submitted,

19

Mabel Arredondo
Plaintiff, Pro Se
9328 Lait Drive
El Paso, TX 79925
915-999-8219

8/9/22, 10:40 AM



Gmail - Approval for Mabel Arredondo

JUDGE FRANK MONTALVO

 Gmail

Mabel Arredondo <mabel.arredondo22@gmail.com>

---

## Approval for Mabel Arredondo
1 message

**James Mun** <james.mun@americor.com>
To: Mabel Arredondo <mabelArredondo22@gmail.com>

Tue, Aug 9, 2022 at 10:38 AM

# EP22CV0291

---

**///AMERICOR**

Date: Tue, Aug 9, 2022 09:38 AM

Financial Profile For:

# Mabel Arredondo

Prepared by:

# James Mun



### Hey Mabel,

The following information is a unique solution customized just for you. This is a plan to negotiate your enrolled debts, combining them with one flexible monthly payment fitted to your budget, and help restore your credit score.

**Your Custom Plan:** Debt settlement to maximize savings and eliminate years of payments.

# Here's Your Unique Solution & How it Works:

8/9/22, 10:40 AM                    Gmail - Approval for Mabel Arredondo

**You are approved** for the Americor program and we will connect you with our lending partner Credit9 to qualify you for a loan option once you've made progress with Americor. 

This plan consolidates your debts into **ONE** affordable monthly payment, and once fully negotiated, all future interest is eliminated on your debts enrolled into the Americor program.

STEP 1    **Americor Program**

We restructure your terms with your creditors and reduce the balances you currently have with your creditors.

STEP 2    **Americor + Credit9 - Future Loan Option\***

Once you've been in the Americor Program for at least 12 months, we will connect you with our lending partner Credit9 to qualify you for **Future Loan Option** to pay off all your remaining enrolled balances and start building your credit.

\* Credit9 loan is not available in all states

### The Way it Works: 2-Step Process

STEP 1 Details:

We must restructure the credit card and unsecured loan balances to reduce your principal balance significantly on all of your enrolled accounts. It takes approximately 4 -7 months to secure your first settlement and approximately every 3 -6 months there after from when the prior debt was settled. Payments are then made back to your creditors under the new terms they've approved.

STEP 2 Details:

Our lending partner Credit9 qualifies you for a future loan option to pay off the remaining balances owed on your enrolled accounts. This can start as early as month 12 and helps re-establish your credit.

**The next section includes STRICT conditions that MUST be met to remain in the Americor Program and qualify for the Future Loan option which is available as early as 12 months up to 36 months depending on the debt enrolled.**

Gmail - Approval for Mabel Arredondo

- You cannot accrue any additional debt during the first 12 months.

- You must be current on your mortgage, car payments, and any other debt not enrolled.

- You cannot miss any payments in the first 12 months of the Americor plan. This is a major condition.

- You will not be paying the creditors any longer. Instead, redirect payments to your enrolled creditors into your dedicated account.

- We ask that you send Cease to Communicate (C2C) letters out to each creditor so they know to not reach out to you when you miss their payment.

- You will receive a copy of a C2C letter in the enrollment documents I send to you shortly.

- We ask you not to speak to the creditors at all because they want you to continue to pay them interest.

- Any accounts that have been enrolled into the Americor plan cannot be removed from the plan at any time during the restructuring period. This hurts our chances at getting great settlements with your creditors.

- Also, we will need you to upload a pay stub into your online portal within the next 10 days.

- Lastly, **WE WORK ON YOUR BEHALF.** We are in this together and we don't make a penny until we get your settlements in place.

# Compare what would happen if you didn't do this plan

**Your Total Debt**                                    **$10,109.00**

Below is a side by side comparison of your current situation and the Debt Resolution Program you are approved for.

# Program with loan option

Gmail - Approval for Mabel Arredondo

| Current Payment | Step 1 | Step 2 (with loan option) |
|---|---|---|
| Monthly Payment **$400.00** | Monthly Payment **$187.76** | Monthly Payment **$187.38** |
| Payoff Time **147 months** | Payoff Time **12 months** | Loan Term **47 months** |
| Interest Cost **$6,587.63** | Program Fee[*] **25.00%** | Interest Cost **$2,429.63** |
| Total Cost **$16,696.63** | Total Amount Paid[**] **$2,253.12** | Total Amount Paid[***] **$8,722.38** |

Whole Program Total to Paid[****]
**$10,975.50**

\* Included in the monthly payment; calculated based on enrolled debt amount; collected as debts are settled
\** Includes dedicated account fee for 12 months
\*** Includes interest cost + Loan amount **($6,292.75)**
\**** Whole Program Total to be paid = Total Amount Paid**(step1) + Total Amount Paid***(step2)
(inclusive: interest/program fees/debt to creditors enrolled in the program)

# Debt settlement only

| Current Payment | Americor Plan |
|---|---|
| Monthly Payment **$400.00** | Monthly Payment **$187.76** |
| Payoff Time **147 months** | Payoff Time **48 months** |
| Interest Cost **$6,587.63** | Program Fees **$2,527.25** |

8/9/22, 10:40 AM

Gmail - Approval for Mabel Arredondo

Total Cost

**$16,696.63**

Total Program Cost[*]

**$9,012.07**

\* Includes program fees

| | |
|---|---|
| **Savings in Money** | **$7,684.56** |
| **Savings in Time** | **8 years** |

# Americor Program Payment Options*

| Americor Payment | Payoff Term |
|---|---|
| **$275.16** | **32 months** |
| **$302.28** | **29 months** |
| **$362.56** | **24 months** |

\* These payment options have no loan attached to them. These are only for Americor's debt settlement program. If you have the extra funds monthly, fast track your plan to get this debt behind you sooner!! If you don't that's, OK also. We will work around your budget.

# 12 months and you could get your loan to pay off all the cards and restore your credit

Here's why this is a BIG DEAL - once you eliminate any of your compounding interest debts, you can pay your debt off in a fraction of the time rather than the common 30+ years under your creditor's existing terms.

This is a custom solution that will not only significantly change your relationship with debt BUT will also increase your lendability in a fraction of the time due to the future loan option paying your enrolled debts.

## James Mun | Client Advocate

Office: 800.719.4910 Ext. 5205
Email: james.mun@americor.com Site: www.americor.com
18200 Von Karman, Suite 600, Irvine, CA 92612

*Any testimonial or endorsement used in these materials does not constitute a guarantee, warranty, or prediction regarding your program outcome. The people giving testimonials or endorsements may have been compensated for use of their experiences.*
Program Description

We provide debt resolution services. Our clients who make all monthly program payments save approximately 40 – 50% of their enrolled debt (average of 43%) upon successful program completion, before program fees. Fees are based on a percentage of your enrolled debt at the time of starting the program and range from 15%-25% of your enrolled debt. Programs range from 20-48 months. Clients must save at least 25% of each debt due to an enrolled creditor before a bona fide settlement offer will be made. On average, clients receive their first settlement within 4-7 months of enrollment and approximately every 3-6 months thereafter from when the prior debt was settled. Not all Clients complete the program. Estimates are based on prior results and may not match your results. We cannot guarantee that your debts will be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make monthly payments to creditors or provide tax, bankruptcy, accounting, legal advice or credit repair services. Our program is not available in all states; fees may vary by state. Some programs may be offered through The Law Firm of Higbee & Associates d/b/a Advantage Law. The use of debt resolution services will likely adversely affect your credit. You may be subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees and interest. Any amount of debt forgiven by your creditors may be subject to income tax. Clients may withdraw from the program at any time without penalty and receive all funds from their dedicated account, other than funds earned by the company or fees paid to third-party service providers, as may be applicable. Read and understand all program materials prior to enrolling. Certain types of debts are not eligible for enrollment. Some creditors are not eligible for enrollment because they do not negotiate with debt relief companies.  To determine the offers you may be eligible for, Americor conducts a "soft credit pull." This credit pull does not impact your credit score, creditworthiness, or ability to obtain credit from other sources.  The soft pull is not a tradeline entry, it does not report against your score and will only take a few minutes.

Americor Funding, LLC (18200 Von Karman Ave, 6th Floor Irvine, CA 92612) is fully accredited by the Better Business Bureau (BBB), the American Fair Credit Council (AFCC), and the International Association of Professional Debt Arbitrators (IAPDA).  CA Department of Financial Protection and Innovation (DFPI) License # 603K913.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

8/9/22, 11:03 AM                                    Gmail - Consolidation offers

 **Gmail**                                    Mabel Arredondo <mabel.arredondo22@gmail.com>

---

## Consolidation offers

1 message

---

**James Mun** <james.mun@americor.com>                              Tue, Aug 9, 2022 at 10:36 AM
To: Mabel Arredondo <mabelArredondo22@gmail.com>

Mabel Arredondo,
Please click on the link below to see all available offers you pre-qualify for.
https://americor.co/offers/NjJmMjhkMjY4N2Y4NDguMTU1NDQ1ND
*Any testimonial or endorsement used in these materials does not constitute a guarantee, warranty, or prediction
regarding your program outcome. The people giving testimonials or endorsements may have been compensated for use
of their experiences.*
Program Description

We provide debt resolution services. Our clients who make all monthly program payments save approximately 40 – 50%
of their enrolled debt (average of 43%) upon successful program completion, before program fees. Fees are based on a
percentage of your enrolled debt at the time of starting the program and range from 15%-25% of your enrolled debt.
Programs range from 20-48 months. Clients must save at least 25% of each debt due to an enrolled creditor before a
bona fide settlement offer will be made. On average, clients receive their first settlement within 4-7 months of enrollment
and approximately every 3-6 months thereafter from when the prior debt was settled. Not all Clients complete the
program. Estimates are based on prior results and may not match your results. We cannot guarantee that your debts will
be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make
monthly payments to creditors or provide tax, bankruptcy, accounting, legal advice or credit repair services. Our program
is not available in all states; fees may vary by state. Some programs may be offered through The Law Firm of Higbee &
Associates d/b/a Advantage Law. The use of debt resolution services will likely adversely affect your credit. You may be
subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees
and interest. Any amount of debt forgiven by your creditors may be subject to income tax. Clients may withdraw from the
program at any time without penalty and receive all funds from their dedicated account, other than funds earned by the
company or fees paid to third-party service providers, as may be applicable. Read and understand all program materials
prior to enrolling. Certain types of debts are not eligible for enrollment. Some creditors are not eligible for enrollment
because they do not negotiate with debt relief companies.  To determine the offers you may be eligible for, Americor
conducts a "soft credit pull." This credit pull does not impact your credit score, creditworthiness, or ability to obtain credit
from other sources.  The soft pull is not a tradeline entry, it does not report against your score and will only take a few
minutes.

Americor Funding, LLC (18200 Von Karman Ave, 6th Floor Irvine, CA 92612) is fully accredited by the Better Business
Bureau (BBB), the American Fair Credit Council (AFCC), and the International Association of Professional Debt
Arbitrators (IAPDA).  CA Department of Financial Protection and Innovation (DFPI) License # 603K913.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and
others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or
taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email
security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web
security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity,
human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our
website.

8/9/22, 11:03 AM                                          Gmail - Financial Profile for Mabel Arredondo

 **Gmail**                            Mabel Arredondo <mabel.arredondo22@gmail.com>

---

## Financial Profile for Mabel Arredondo
1 message

---

**James Mun** <james.mun@americor.com>                          Tue, Aug 9, 2022 at 10:34 AM
To: Mabel Arredondo <mabelArredondo22@gmail.com>

 **AMERICOR**                       Date: Tue, Aug 9, 2022 09:34 AM

Financial Profile For:                          Prepared by:

# Mabel Arredondo            # James Mun            JM

## Hey Mabel,

I wanted to send this out to you. It's really important, so make sure you read through it so you know exactly where you stand.

**Here's what you will see in this report that's specific to YOU:**

1.  **Your Current Debt Situation:** Your length of repayment and total interest paid on your current debt load.

2.  **Your Qualified Debt:** A summary of all your current debts.

3.  **Credit Used:** Utilization rate (maxed out percentage) - this is how much of your credit you are actually using.

4.  **Your Credit Score Information:** Red flag codes on your credit report, these are the ones that negatively impact your credit worthiness/borrowing power.

# 1. Your Current Debt Situation:

Below is how long it would take to pay off your debt if you continued the way you were going. It's the most accurate blueprint of where you're at NOW.

### Unsecured Debt & Analysis

| | | | |
|---|---|---|---|
| **Total Accounts** | **4** | **Total Debt** | **$10,109.00** |
| **Min. Payment** | **$400.00** | **Interest Cost** | **$6,587.63** |
| **Payoff** | **147** MONTHS | **Total Cost** | **$16,696.63** |

*The calculations provided are estimates. Interest amounts and payoff times may vary.

# 2. Your Qualified Debt

Here's your current situation with your creditor(s). Please review your current pay off plan with your creditors. This is a detailed analysis of your current interest costs associated with your debt of **$10,109.00**
Based on the fact you do not use your credit cards moving forward, this is what your debt payoff looks like.

### Debt Summary

| # | Balance | Monthly Payment | Interest Paid | Total Payments |
|---|---|---|---|---|

Gmail - Financial Profile for Mabel Arredondo

| | | | | |
|---|---|---|---|---|
| COMENITY BANK/SAMUELS | $3,133.00 | $120.00 | $2,049.50 | $5,182.50 |
| CAPITAL ONE | $2,556.00 | $100.00 | $1,588.90 | $4,144.90 |
| COMENITYCB/ULTA MC | $3,442.00 | $120.00 | $2,653.51 | $6,095.51 |
| COMENITYBANK/VICTORIA | $978.00 | $60.00 | $295.72 | $1,273.72 |
| Totals | $10,109.00 | $400.00 | $6,587.63 | $16,696.63 |

# 3. Credit Used

Here is how much of your "credit" you're actually using. It's called your **utilization score.** *A healthy score is around 20%. This is the ratio of your available credit compared to your balance owed.*

**Your Utilization Score  82.00%**                    **Big Negative Impact**

| 75% + | 50 - 74% | 30 - 49% | 10 - 29% | 0 - 9% |
|---|---|---|---|---|

| | | |
|---|---|---|
| **Your Total Credit Utilization** | **82.00%** | Poor |
| **Total Outstanding Unsecured Debt** | **$10,109.00** | Fair |
| **Debt to Income Ratio** | **65.57%** | Poor |
| **Accounts in Collections** | **0** | Excellent |
| **Number of Open Active Accounts** | **2** | Fair |
| **Number of Inquiries** | **5** | Poor |
| **Age of Most Recent Trade Line** | **1 years** | Fair |

Gmail - Financial Profile for Mabel Arredondo

**Number of Mortgage Lates**                                    **0**    Excellent

## Budget Details

**Total Monthly Income**          (All Sources)    **$3,500.00**

**Total Monthly Expenses**                          **$2,482.76**

**Funds Available**                                      **$1,017.24**

Expenses

| | |
|---|---|
| Alimony | $0.00 |
| Auto Insurance | $1.00 |
| Auto Loans | $769.00 |
| Auto Other | $0.00 |
| Back Taxes | $0.00 |
| Cable TV Satellite | $80.00 |
| Charity Donations | $0.00 |
| Child Care | $0.00 |
| Clothing | $0.00 |
| Education | $0.00 |
| Entertainment | $0.00 |
| Food | $300.00 |
| Government Student Loans | $0.00 |
| Gym Health | $0.00 |
| Homeowners Insurance | $0.00 |
| House Hold Items | $0.00 |
| Housing | Own |
| Housing Payment | $750.00 |
| Laundry Dry Cleaning | $0.00 |
| Life Insurance | $0.00 |
| Medical Care | $0.00 |
| Medical Debt | $0.00 |

8/9/22, 11:03 AM                         Gmail - Financial Profile for Mabel Arredondo

| | |
|---|---|
| Misc | $0.00 |
| Nursing Care | $0.00 |
| Other Cards Outside Of The Program | $219.00 |
| Other Debt | $0.00 |
| Other Living Expenses | $0.00 |
| Personal Care | $75.00 |
| Private Student Loans | $0.00 |
| Support | $0.00 |
| Telephone | $100.00 |
| Utilities | $1.00 |
| Utilities Other | $0.00 |

---

**Monthly Debt-to-Income Ratio Now**                     **65.57%**

*Includes current minimum payments to creditors
**Whole debt payoff time - 147 months

---

High DTI (debt-to-income) impacts your ability to get a loan. Lenders view any ratio over **50%** to be high and lending to that individual is viewed as risky.

# 4. Your Credit Score Information

Here's your credit score, also known as YOUR FICO score.

Provided by:                    experian.

| | |
|---|---|
| Reported: | Aug 9, 2022 02:25 AM |
| Date of Birth: | Dec 22, 1979 |
| SSN: | *****0812 |
| Address: | 9328 Lake dr |
| City/State/ZIP | El Paso, TX 79925 |

# 674
Fair

Gmail - Financial Profile for Mabel Arredondo

Your Credit Score is **below the average** of US consumer, and most lenders will not approve loans with this score

**You will be receiving another email** regarding your approval option details and requirements.

# James Mun | Client Advocate

Office: 800.719.4910 Ext. 5205
Email: james.mun@americor.com Site: www.americor.com
18200 Von Karman, Suite 600, Irvine, CA 92612

*\*Any testimonial or endorsement used in these materials does not constitute a guarantee, warranty, or prediction regarding your program outcome. The people giving testimonials or endorsements may have been compensated for use of their experiences.*
Program Description

We provide debt resolution services. Our clients who make all monthly program payments save approximately 40 – 50% of their enrolled debt (average of 43%) upon successful program completion, before program fees. Fees are based on a percentage of your enrolled debt at the time of starting the program and range from 15%-25% of your enrolled debt. Programs range from 20-48 months. Clients must save at least 25% of each debt due to an enrolled creditor before a bona fide settlement offer will be made. On average, clients receive their first settlement within 4-7 months of enrollment and approximately every 3-6 months thereafter from when the prior debt was settled. Not all Clients complete the program. Estimates are based on prior results and may not match your results. We cannot guarantee that your debts will be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make monthly payments to creditors or provide tax, bankruptcy, accounting, legal advice or credit repair services. Our program is not available in all states; fees may vary by state. Some programs may be offered through The Law Firm of Higbee & Associates d/b/a Advantage Law. The use of debt resolution services will likely adversely affect your credit. You may be subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees and interest. Any amount of debt forgiven by your creditors may be subject to income tax. Clients may withdraw from the program at any time without penalty and receive all funds from their dedicated account, other than funds earned by the company or fees paid to third-party service providers, as may be applicable. Read and understand all program materials prior to enrolling. Certain types of debts are not eligible for enrollment. Some creditors are not eligible for enrollment because they do not negotiate with debt relief companies. To determine the offers you may be eligible for, Americor conducts a "soft credit pull." This credit pull does not impact your credit score, creditworthiness, or ability to obtain credit from other sources. The soft pull is not a tradeline entry, it does not report against your score and will only take a few minutes.

Americor Funding, LLC (18200 Von Karman Ave, 6th Floor Irvine, CA 92612) is fully accredited by the Better Business Bureau (BBB), the American Fair Credit Council (AFCC), and the International Association of Professional Debt Arbitrators (IAPDA). CA Department of Financial Protection and Innovation (DFPI) License # 603K913.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

# Pre-Enrollment Slides (Total of 6)





## Your credit score will go down

Your credit score will be negatively impacted until your debts are negotiated and paid off in full. Please click "I understand" if you do.

**I Understand**





## Phone calls from the creditors

Third-party debt collectors must limit communications with me after receiving a letter stating that I no longer wish to communicate with them by phone. Instead, they can only contact me in writing. An original creditor may not be required to limit communications. Please click "I understand" if you do.

**I Understand**

**ЛЛ**AMERICOR



## Missing payments to the creditors

I am electing to stop making payments to my enrolled creditors in order to initiate negotiations with them. If I keep making payments, they will have no reason to negotiate with Americor to reduce my debts. Instead, I will make my monthly program payment into my dedicated savings account. Please click "I understand" if you do.

**I Understand**

**ЛЛ**AMERICOR



## Enrolled accounts will be closed

All of my enrolled accounts will be closed. However, once I complete the debt resolution program (i.e., all enrolled debts are settled and paid in full), I should be able to apply for new credit cards. Please click "I understand" if you do.

**I Understand**

**ЛЛ**AMERICOR



## I will be giving up use of the enrolled accounts

Americor's ability to settle my debts is directly related to the amount of money I save in my dedicated account. Missing payments will negatively impact Americor's ability to settle my debts. Conversely, adding more savings to my dedicated account could dramatically speed up how quickly my accounts are resolved. Please click "I understand" if you do.

**I Understand**

**///AMERICOR**



### Can not take accounts out of the Americor debt relief plan

If any enrolled debts are removed, it may effect my program term, my monthly payment, and my chances of getting better settlement terms in place with my remaining enrolled creditors. Please click "I understand" if you do.

[ I Understand ]

**///AMERICOR**



## Congratulations

Congratulations on completing your pre-enrollment! We are almost done.
If you have any questions, at this point, please don't hesitate to ask.
Let's finish this up and get you going on your journey to a better financial future.



PLAINTIFF'S EXHIBIT **B**

**Mabel Arredondo**, here's your **21** offers

## Credit9 + Americor

credit9
AMERICOR

| | | Est. Monthly Payment |
|---|---|---|
| Loan Amount | $10,109.00 | |
| APR | 0% for 12 months \| 17.99% | **$187.76** |
| Loan Term | 66 Months | |
| Total Repayment | $12,107.28 | |
| Savings | $0.00 | Select Offer |

No 3rd Party Fees

Flexible Fixed Monthly Payments

Immediate Reduction of Payments up to 50%

BBB A+ Rated

## Americor

AMERICOR

| | | Est. Monthly Payment |
|---|---|---|
| Program Amount | $10,109.00 | |
| APR | 0% | **$187.76** |
| Program Term | 48 Months | |
| Total Repayment | $9,012.07 | |
| Savings | $1,096.93 | Select Offer |

Flexible Fixed Monthly Payments

Immediate Reduction of Payments up to 50%

BBB A+ Rated

No 3rd Party Fees

# PRO●PER

| Loan Amount | $10,109.00 |
| APR | 26.33% |
| Loan Term | 60 Months |
| Est. Total Repayment | $17,364.00 |

Est. Monthly Payment

## $289.41

Select Offer

Find out more

Terms & Disclosures

$19 billion loans funded

funds available as soon as 1 business day after approval*

# PRO●PER

| Loan Amount | $10,109.00 |
| APR | 27.17% |
| Loan Term | 36 Months |
| Est. Total Repayment | $14,146.00 |

Est. Monthly Payment

## $392.95

Select Offer

Americor | Personal Loans

Find out more

Terms & Disclosures

$19 billion loans funded

funds available as soon as 1 business day after approval*

# PRO$PER

| | |
|---|---|
| Loan Amount | $4,100.00 |
| APR | 26.33% |
| Loan Term | 60 Months |
| Est. Total Repayment | $7,042.00 |

Est. Monthly Payment

## $117.38

Select Offer

---

Find out more

Terms & Disclosures

$19 billion loans funded

funds available as soon as 1 business day after approval*

# PRO$PER

| | |
|---|---|
| Loan Amount | $7,100.00 |
| APR | 26.33% |
| Loan Term | 60 Months |
| Est. Total Repayment | $12,195.00 |

Est. Monthly Payment

## $203.26

Select Offer

4/15

8/18/22, 4:36 PM

Americor | Personal Loans

**Find out more**
**Terms & Disclosures**
$19 billion loans funded
funds available as soon as 1 business day after approval*

# PRO**S**PER

| | |
|---|---|
| Loan Amount | $13,100.00 |
| APR | 26.33% |
| Loan Term | 60 Months |
| Est. Total Repayment | $22,502.00 |

Est. Monthly Payment

## $375.04

Select Offer

---

**Find out more**
**Terms & Disclosures**
$19 billion loans funded
funds available as soon as 1 business day after approval*

# PRO**S**PER

| | |
|---|---|
| Loan Amount | $15,000.00 |
| APR | 26.33% |
| Loan Term | 60 Months |
| Est. Total Repayment | $25,765.00 |

Est. Monthly Payment

## $429.43

Select Offer

8/18/22, 4:36 PM

Americor | Personal Loans

**Find out more**

**Terms & Disclosures**

$19 billion loans funded

funds available as soon as 1 business day after approval*

# PRO$PER

| | |
|---|---|
| Loan Amount | $4,100.00 |
| APR | 27.17% |
| Loan Term | 36 Months |
| Est. Total Repayment | $5,737.00 |

Est. Monthly Payment

## $159.37

Select Offer

**Find out more**

**Terms & Disclosures**

$19 billion loans funded

funds available as soon as 1 business day after approval*

# PRO$PER

| | |
|---|---|
| Loan Amount | $7,100.00 |
| APR | 27.17% |
| Loan Term | 36 Months |
| Est. Total Repayment | $9,935.00 |

Est. Monthly Payment

## $275.99

Select Offer

Americor | Personal Loans

Find out more
Terms & Disclosures
$19 billion loans funded
funds available as soon as 1 business day after approval*

# PRO**S**PER

| Loan Amount | $13,100.00 |
| APR | 27.17% |
| Loan Term | 36 Months |
| Est. Total Repayment | $18,331.00 |

Est. Monthly Payment

## $509.22

Select Offer

---

Find out more
Terms & Disclosures
$19 billion loans funded
funds available as soon as 1 business day after approval*

# PRO**S**PER

| Loan Amount | $15,000.00 |
| APR | 27.17% |
| Loan Term | 36 Months |
| Est. Total Repayment | $20,990.00 |

Est. Monthly Payment

## $583.07

Select Offer

8/18/22, 4:36 PM                                                                Americor | Personal Loans

**Find out more**
**Terms & Disclosures**
$19 billion loans funded
funds available as soon as 1 business day after approval*

**Upstart**

| | |
|---|---|
| Loan Amount | $1,000.00 |
| APR | 13.67% |
| Loan Term | 36 Months |
| Est. Total Repayment | $1,224.00 |

Est. Monthly Payment

## $34.02

[ Select Offer ]

**Find out more**
**Terms & Disclosures**
A+ Better Business Bureau rating
No prepayment penalty
Founded by ex-Googlers
Funds received the next day

**Upstart**

| | |
|---|---|
| Loan Amount | $3,800.00 |
| APR | 15.55% |
| Loan Term | 36 Months |
| Est. Total Repayment | $4,779.00 |

Est. Monthly Payment

## $132.76

[ Select Offer ]

https://americor.co/offers/NjJmMjhkMjY4N2Y4NDguMTU1NDQ1ND

7/15

Americor | Personal Loans

**Find out more**

**Terms & Disclosures**

A+ Better Business Bureau rating

No prepayment penalty

Founded by ex-Googlers

Funds received the next day

**Upstart**

| | |
|---|---|
| Loan Amount | $6,400.00 |
| APR | 16.72% |
| Loan Term | 36 Months |
| Est. Total Repayment | $8,182.00 |

Est. Monthly Payment

**$227.28**

Select Offer

Select Offer

**Find out more**

**Terms & Disclosures**

A+ Better Business Bureau rating

No prepayment penalty

Founded by ex-Googlers

Funds received the next day

8/18/22, 4:36 PM

 **Upstart**

Americor | Personal Loans

| Loan Amount | $9,200.00 |
| APR | 17.31% |
| Loan Term | 36 Months |
| Est. Total Repayment | $11,859.00 |

Est. Monthly Payment

**$329.42**

Select Offer

Find out more
Terms & Disclosures
A+ Better Business Bureau rating
No prepayment penalty
Founded by ex-Googlers
Funds received the next day

**Upstart**

| Loan Amount | $1,000.00 |
| APR | 13.63% |
| Loan Term | 60 Months |
| Est. Total Repayment | $1,384.00 |

Est. Monthly Payment

**$23.08**

Select Offer

Find out more
Terms & Disclosures
A+ Better Business Bureau rating
No prepayment penalty
Founded by ex-Googlers

https://americor.co/offers/NjUmMjhkMjY4N2Y4NDguMTU1NDQ1ND

8/18/22, 4:36 PM

Americor | Personal Loans

Funds received the next day

**Upstart**

| Loan Amount | $6,000.00 |
| APR | 16.05% |
| Loan Term | 60 Months |
| Est. Total Repayment | $8,764.00 |

Est. Monthly Payment

**$146.07**

Select Offer

Find out more
Terms & Disclosures
A+ Better Business Bureau rating
No prepayment penalty
Founded by ex-Googlers
Funds received the next day

**Upstart**

| Loan Amount | $10,100.00 |
| APR | 16.80% |
| Loan Term | 60 Months |
| Est. Total Repayment | $14,996.00 |

Est. Monthly Payment

**$249.94**

Select Offer

Americor | Personal Loans

Find out more
Terms & Disclosures

A+ Better Business Bureau rating

No prepayment penalty

Founded by ex-Googlers

Funds received the next day

**◀ Upstart**

| | |
|---|---|
| Loan Amount | **$10,800.00** |
| APR | **16.75%** |
| Loan Term | **60 Months** |
| Est. Total Repayment | **$16,017.00** |

Est. Monthly Payment

**$266.95**

[ Select Offer ]

---

Find out more
Terms & Disclosures

A+ Better Business Bureau rating

No prepayment penalty

Founded by ex-Googlers

Funds received the next day

**◀ Upstart**

| | |
|---|---|
| Loan Amount | **$15,800.00** |
| APR | **18.63%** |
| Loan Term | **60 Months** |
| Est. Total Repayment | **$24,399.00** |

Est. Monthly Payment

**$406.66**

8/18/22, 4:36 PM

Americor | Personal Loans

12/15

Select Offer

Find out more

Terms & Disclosures

A+ Better Business Bureau rating

No prepayment penalty

Founded by ex-Googlers

Funds received the next day

Lenders In Our Network

axos™
Banking Evolved℠

best egg

FIGURE

LendingClub

Marcus
by Goldman Sachs®

Upstart

Disclaimer

Americor | Personal Loans

These are the best options we could find for you today. Any pre-qualified loan offers received have been produced based on the information you provided when completing our form and the information in your credit file. The offers are conditional, and are subject to change at the point of application with the lender, after verification of the information you provided, as well as other conditions as determined by the lender you proceed with.

Please remember that your credit was not affected by checking your rates with Monevo today and that you are under no obligation to proceed with any of the offers you have received.

Where no pre-qualified offers are displayed, Monevo provides you with information, products, or services that may be of help based on the details you have provided. You are under no obligation to proceed with any of these options.

You may get a 'Notice of Adverse Action' from lending partners who were unable to provide you with a pre-qualified loan offer explaining why you didn't receive an offer.

You may receive email, paper mail, and phone (including SMS) communications from the lenders you have received offers from. To opt-out at any time please contact support.usa@monevo.com.

Because Americor IS NOT A LENDER, we cannot ultimately decide whether or not you are approved for a loan. We also cannot determine or influence the amount of money you may receive from using our referral services. The operator of this web site will share the information you provide with participating lenders, advertisers, networks and other partners who may or may not lend or issue credit. Providing your information on this web site does not guarantee that you will be chosen by a lender or approved for a loan. We do not act as agents, brokers, or representatives for any of our lenders, and we do not endorse or charge you for any service or product. All information that we collect and share about you is in accordance with our Privacy Policy which we advise you to review before submitting any information using our form.

Americor | Personal Loans

Because each lender is different and Americor has no control over the rates and fees each lender charges, we urge you to carefully review the terms associated with the offer before accepting or declining. Please remember that you are never under any obligation to accept an offer from a lender and you can cancel the entire process at any time at your discretion. Americor cannot be held accountable for any charges or terms presented to you by a lender, and we are in no way responsible for any agreement between you and a lender. For details, questions or concerns regarding your specific loan, please contact your lender directly. Please note that lender terms may vary, and lenders may use different criteria to determine whether an applicant is eligible for a loan. Not all who submit a request for credit will be chosen by a lender or approved for loan. If you are not chosen by a lender in the participating lender network, your information may be offered to participating third party advertisers and generators for consideration.

It is not our policy to perform credit checks on any of our customers. However, some of the lenders in our network might perform a credit check before making their decisions using the three major reporting bureaus like, TransUnion, Experian and Equifax, as well as other alternate sources of consumer information. In the end, your credit rating may be impacted by a particular lender's actions. If you do not pay back your loan by the specified due date, your lender may choose to report this delinquency to one or more of the major credit bureaus, which could negatively affect your rating.

Any of the information that you read on this website may be changed at any time without any prior notice. We can not guarantee that your submitted information will be provided to a lender or that a lender will approve you for a loan. Not all lenders can provide up to $10,000. The loans that may be offered by a lender are expensive forms of credit and are intended to provide you with short-term financing to solve immediate financial needs and should not be considered a long-term solution. If you are having serious financial issues, it is often best to consult with a professional credit counselor.

Due to state regulations, this service is not available in all states including Arizona, New York, Georgia, Connecticut, Maryland, Massachusetts, Pennsylvania, Vermont and West Virginia. For consumers in all other states, you are urged to visit the Rates & Fees section of this website to learn about the laws as they apply to loans where you live.

In some cases, you may be given the option of obtaining a loan from a tribal lender. Lenders that are an extension of a federally recognized Indian Tribe are owned by independent sovereign nations and may not be required to follow local or state laws regarding rates, fees and other loan terms, although such lenders conform to federal lending laws including the Truth in Lending Act. If you are connected to a tribal lender, please understand that the tribal lender's rates and fees may be higher than state-licensed lenders. Additionally, tribal lenders may require you to agree to resolve any disputes in a tribal jurisdiction.

Americor does not charge you any fees to submit a loan request, be connected with a lender, or to receive loan offers or quotes. If you receive a quote or a loan offer, the lender with which you may be connected is available to review its terms with you at no cost. It's possible that the lender may require a fee to process your formal loan application and/or credit report, but until you agree to pay the lender any fee(s) or sign any loan agreements, you may shop with Americor at no cost.

The offers that you might receive are from companies from which Americor receives compensation. This compensation may impact what offers you receive and how/where products appear on this site (including, for example, the order in which they appear). Americor does not include all lenders available in the marketplace. If you are presented with an offer, carefully review the details before signing.

The offers that appear are from companies which Americor and its partners receive compensation. This compensation may influence the selection, appearance, and order of appearance of the offers listed below. However, this compensation also facilitates the provision by Americor of certain services to you at no charge. The offers shown below do not include all financial services companies or all of their available product and service offerings.

If you borrow $5,000 on a 3 year repayment term and at a 10% APR, the monthly repayment will be $161.34. Total repayment will be $5,808.24. Total interest paid will be $808.24.

Americor | Personal Loans

The Annual Percentage Rate is the rate at which your loan accrues interest. It is based upon the amount of your loan, cost of the loan, term of the loan, repayment amounts and timing of payments and payoff. By law, the lender and/or lending partner must show you the APR before you enter into the loan. States have laws limiting the APR that the lender and/or lending partner can charge you. Rates will vary based on your credit, loan size and whether collateral is provided, with the lowest rates available to customers with good credit on larger, secured loans. Minimum and maximum loan amounts and APR may vary according to state law and lender or partners. We recommend you read the lender's and/or lending partner's personal terms and conditions in full before proceeding for a personal loan.

Your yearly income before taxes, Alimony, child support, or separate maintenance is optional. Increase any non-taxable income by 25%.

© 2022 Americor. All Rights Reserved.

Gmail - Approval for Mabel Arredondo

M Gmail

PLAINTIFF'S EXHIBIT

C

## Approval for Mabel Arredondo
1 message

**Mason Modde** <mason.modde@americor.com>
To: Mabel Arredondo <mabelArredondo2@gmail.com>

Mabel Arredondo <mabel.arredondo22@gmail.com>

Wed, Aug 17, 2022 at 10:20 AM

AMERICOR

Date: Wed, Aug 17, 2022 09:20 AM

Financial Profile For:

# Mabel Arredondo

Prepared by:

## Mason Modde

MM

## Hey Mabel,

The following information is a unique solution customized just for you. This is a plan to negotiate your enrolled debts, combining them with one flexible monthly payment fitted to your budget, and help restore your credit score.

**Your Custom Plan:** Debt settlement to maximize savings and eliminate years of payments.

# Here's Your Unique Solution & How it Works:

You are approved for the Americor program and we will connect you with our lending partner Credit9 to qualify you for a loan option once you've made progress with Americor.



This plan consolidates your debts into **ONE** affordable monthly payment, and once fully negotiated, all future interest is eliminated on your debts enrolled into the Americor program.

STEP 1    **Americor Program**

**Americor Credit9 Future Loan Option*** reduce the balances you currently have with your creditors.

STEP 2    Once you've been in the Americor Program for at least 12 months, we will connect you with our lending partner Credit9 to qualify you for **Future Loan Option** to pay off all your remaining enrolled balances and start building your credit.

**The Americor 2-Step Process states**

STEP 1 Details:

We must restructure the credit card and unsecured loan balances to reduce your principal balance significantly on all of your enrolled accounts. It takes approximately 4 -7 months to secure your first settlement and approximately every 3 -6 months there after from when the prior debt was settled. Payments are then made back to your creditors under the new terms they've approved.

STEP 2 Details:

Our lending partner Credit9 qualifies you for a future loan option to pay off the remaining balances owed on your enrolled accounts. This can start as early as month 12 and helps re-establish your credit.

**The next section includes STRICT conditions that MUST be met to remain in the Americor Program and qualify for the Future Loan option which is available as early as 12 months up to 36 months depending on the debt enrolled.**

- You cannot accrue any additional debt during the first 12 months.

- You must be current on your mortgage, car payments, and any other debt not enrolled.

- You cannot miss any payments in the first 12 months of the Americor plan. This is a major condition.

- You will not be paying the creditors any longer. Instead, redirect payments to your enrolled creditors into your dedicated account.

- We ask that you send Cease to Communicate (C2C) letters out to each creditor so they know to not reach out to you when you miss their payment.

- You will receive a copy of a C2C letter in the enrollment documents I send to you shortly.

- We ask you not to speak to the creditors at all because they want you to continue to pay them interest.

- Any accounts that have been enrolled into the Americor plan cannot be removed from the plan at any time during the restructuring period. This hurts our chances at getting great settlements with your creditors.

- Also, we will need you to upload a pay stub into your online portal within the next 10 days.

- Lastly, **WE WORK ON YOUR BEHALF.** We are in this together and we don't make a penny until we get your settlements in place.

# Compare what would happen if you didn't do this plan

**Your Total Debt**                    **$10,109.00**

Below is a side by side comparison of your current situation and the Debt Resolution Program you are approved for.

# Program with loan option

Current Payment          Step 1          Step 2
                                         (with loan option)

8/17/22, 11:05 AM

Gmail - Approval for Mabel Arredondo

| Monthly Payment | Monthly Payment | Monthly Payment |
|---|---|---|
| **$400.00** | **$187.76** | **$187.38** |

| Payoff Time | Payoff Time | Loan Term |
|---|---|---|
| **147 months** | **12 months** | **47 months** |

| Interest Cost | Program Fee* | Interest Cost |
|---|---|---|
| **$6,587.63** | **25.00%** | **$2,431.28** |

| Total Cost | Total Amount Paid** | Total Amount Paid*** |
|---|---|---|
| **$16,696.63** | **$2,253.12** | **$8,724.03** |

Whole Program Total to Paid****

**$10,977.15**

\* Included in the monthly payment; calculated based on enrolled debt amount; collected as debts are settled

\** Includes dedicated account fee for 12 months

\*** Includes interest cost + Loan amount (**$6,292.75**)

\**** Whole Program Total to be paid = Total Amount Paid**(step1) + Total Amount Paid***(step2) (inclusive: interest/program fees/debt to creditors enrolled in the program)

# Debt settlement only

| Current Payment | Americor Plan |
|---|---|
| | Monthly Payment |
| | **$187.76** |

| Monthly Payment | |
|---|---|
| **$400.00** | |

| | Payoff Time | Payoff Time |
|---|---|---|
| | **147 months** | **48 months** |
| Interest Cost | **$6,587.63** | |
| Program Fees | | **$2,527.25** |
| Total Cost | **$16,696.63** | |
| Total Program Cost* | | **$9,012.07** |

\* Includes program fees

| Savings in Money | **$7,684.56** |
|---|---|
| Savings in Time | **8 years** |

# Americor Program Payment Options*

| Americor Payment | Payoff Term |
|---|---|
| **$275.16** | **32 months** |
| **$302.28** | **29 months** |

$362.56    24 months

* These payment options have no loan attached to them. These are only for Americor's debt settlement program. If you have the extra funds monthly, fast track your plan to get this debt behind you sooner!! If you don't that's, OK also. We will work around your budget.

# 12 months and you could get your loan to pay off all the cards and restore your credit

Here's why this is a BIG DEAL - once you eliminate any of your compounding interest debts, you can pay your debt off in a fraction of the time rather than the common 30+ years under your creditor's existing terms.

This is a custom solution that will not only significantly change your relationship with debt BUT will also increase your lendability in a fraction of the time due to the future loan option paying your enrolled debts.

## Mason Modde | Client Advocate

Office: 800.719.4910 Ext. 5339
Email: mason.modde@americor.com  Site: www.americor.com
18200 Von Karman, Suite 600, Irvine, CA 92612

Gmail - Approval for Mabel Arredondo

*Any testimonial or endorsement used in these materials does not constitute a guarantee, warranty, or prediction regarding your program outcome. The people giving testimonials or endorsements may have been compensated for use of their experiences.*
Program Description

We provide debt resolution services. Our clients who make all monthly program payments save approximately 40 – 50% of their enrolled debt (average of 43%) upon successful program completion, before program fees. Fees are based on a percentage of your enrolled debt at the time of starting the program and range from 15%-25% of your enrolled debt. Programs range from 20-48 months. Clients must save at least 25% of each debt due to an enrolled creditor before a bona fide settlement offer will be made. On average, clients receive their first settlement within 4-7 months of enrollment and approximately every 3-6 months thereafter from when the prior debt was settled. Not all Clients complete the program. Estimates are based on prior results and may not match your results. We cannot guarantee that your debts will be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make monthly payments to creditors or provide tax, bankruptcy, accounting, legal advice or credit repair services. Our program is not available in all states; fees may vary by state. Some programs may be offered through The Law Firm of Higbee & Associates d/b/a Advantage Law. The use of debt resolution services will likely adversely affect your credit. You may be subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees and interest. Any amount of debt forgiven by your creditors may be subject to income tax. Clients may withdraw from the program at any time without penalty and receive all funds from their dedicated account, other than funds earned by the company or fees paid to third-party service providers, as may be applicable. Read and understand all program materials prior to enrolling. Certain types of debts are not eligible for enrollment. Some creditors are not eligible for enrollment because they do not negotiate with debt relief companies. To determine the offers you may be eligible for, Americor conducts a "soft credit pull." This credit pull does not impact your credit score, creditworthiness, or ability to obtain credit from other sources. The soft pull is not a tradeline entry, it does not report against your score and will only take a few minutes.

Americor Funding, LLC (18200 Von Karman Ave. 6th Floor Irvine, CA 92612) is fully accredited by the Better Business Bureau (BBB), the American Fair Credit Council (AFCC), and the International Association of Professional Debt Arbitrators (IAPDA). CA Department of Financial Protection and Innovation (DFPI) License # 603K913.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



# Gmail

## Lets get this put behind us!
1 message

**Mason Modde** <mason.modde@americor.com>
To: Mabel Arredondo <mabelArredondo22@gmail.com>

Thu, Aug 18, 2022 at 2:53 PM

I am looking forward to getting you out of debt please call me asap !!(:

--

**Mason Modde | Debt Consultant**
Office:  (888) 261- 7090  Ext. 5339
Email:  mason.modde@americor.com  Site: www.americor.com
18200 Von Karman, Suite 600, Irvine, CA 92612

**AMERICOR**

*Any testimonial or endorsement used in these materials does not constitute a guarantee, warranty, or prediction regarding your program outcome. The people giving testimonials or endorsements may have been compensated for use of their experiences.*
Program Description

We provide debt resolution services. Our clients who make all monthly program payments save approximately 40 – 50% of their enrolled debt (average of 43%) upon successful program completion, before program fees. Fees are based on a percentage of your enrolled debt at the time of starting the program and range from 15%-25% of your enrolled debt. Programs range from 20-48 months. Clients must save at least 25% of each debt due to an enrolled creditor before a bona fide settlement offer will be made. On average, clients receive their first settlement within 4-7 months of enrollment and approximately every 3-6 months thereafter from when the prior debt was settled. Not all Clients complete the program. Estimates are based on prior results and may not match your results. We cannot guarantee that your debts will be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make monthly payments to creditors or provide tax, bankruptcy, accounting, legal advice or credit repair services. Our program is not available in all states; fees may vary by state. Some programs may be offered through The Law Firm of Higbee & Associates d/b/a Advantage Law. The use of debt resolution services will likely adversely affect your credit. You may be subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees and interest. Any amount of debt forgiven by your creditors may be subject to income tax. Clients may withdraw from the program at any time without penalty and receive all funds from their dedicated account, other than funds earned by the company or fees paid to third-party service providers, as may be applicable. Read and understand all program materials prior to enrolling. Certain types of debts are not eligible for enrollment. Some creditors are not eligible for enrollment because they do not negotiate with debt relief companies.  To determine the offers you may be eligible for, Americor conducts a "soft credit pull." This credit pull does not impact your credit score, creditworthiness, or ability to obtain credit from other sources.  The soft pull is not a tradeline entry, it does not report against your score and will only take a few minutes.

Americor Funding, LLC (18200 Von Karman Ave, 6th Floor Irvine, CA 92612) is fully accredited by the Better Business Bureau (BBB), the American Fair Credit Council (AFCC), and the International Association of Professional Debt Arbitrators (IAPDA).  CA Department of Financial Protection and Innovation (DFPI) License # 603K913.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



# M Gmail

**Reviews for Americor**

1 message

**Mason Modde** <mason.modde@americor.com>    Wed, Aug 17, 2022 at 10:23 AM
To: Mabel Arredondo <mabelArredondo22@gmail.com>

Mabel Arredondo <mabel.arredondo22@gmail.com>

Here is a link to both our Trust Pilot and BBB account!(:

https://www.trustpilot.com/review/americor.com

https://www.bbb.org/us/ca/irvine/profile/financial-services/americor-1126-100093457

--

**Mason Modde | Debt Consultant**
Office: (888) 261-7090 Ext. 5339
Email: mason.modde@americor.com Site: www.americor.com
18200 Von Karman, Suite 600, Irvine, CA 92612

## ⋘AMERICOR

Program Description

We provide debt resolution services. Our clients who make all monthly program payments save approximately 40 – 50% of their enrolled debt (average of 43%) upon successful program completion, before program fees. Fees are based on a percentage of your enrolled debt at the time of starting the program and range from 15%-25% of your enrolled debt. Programs range from 20-48 months. Clients must save at least 25% of each debt due to an enrolled creditor before a bona fide settlement offer will be made. On average, clients receive their first settlement within 4-7 months of enrollment and approximately every 3-6 months thereafter from when the prior debt was settled. Not all Clients complete the program. Estimates are based on prior results and may not match your results. We cannot guarantee that your debts will be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make monthly payments to creditors or provide tax, bankruptcy, accounting, legal advice or credit repair services. Our program is not available in all states; fees may vary by state. Some programs may be offered through The Law Firm of Higbee & Associates d/b/a Advantage Law. The use of debt resolution services will likely adversely affect your credit. You may be subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees and interest. Any amount of debt forgiven by your creditors may be subject to income tax. Clients may withdraw from the program at any time without penalty and receive all funds from their dedicated account, other than funds earned by the company or fees paid to third-party service providers, as may be applicable. Read and understand all program materials prior to enrolling. Certain types of debts are not eligible for enrollment. Some creditors are not eligible for enrollment because they do not negotiate with debt relief companies. To determine the offers you may be eligible for, Americor conducts a "soft credit pull." This credit pull does not impact your credit score, creditworthiness, or ability to obtain credit from other sources. The soft pull is not a tradeline entry, it does not report against your score and will only take a few minutes.

*Any testimonial or endorsement used in these materials does not constitute a guarantee, warranty, or prediction regarding your program outcome. The people giving testimonials or endorsements may have been compensated for use of their experiences.*

Americor Funding, LLC (18200 Von Karman Ave, 6th Floor Irvine, CA 92612) is fully accredited by the Better Business Bureau (BBB), the American Fair Credit Council (AFCC), and the International Association of Professional Debt Arbitrators (IAPDA).   CA Department of Financial Protection and Innovation (DFPI) License # 603K913.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.